**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-14092

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

TEOPILO BARRIES MUNOZ,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00201-CEH-SPF-4

_____

Before NEWSOM, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Teopilo Barries Munoz in the present appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders*

2                     Opinion of the Court                 25-14092

*v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel correctly assessed the relative merit of Munoz's appeal.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Munoz's motions to reduce his sentence under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.